# Court of Appeals
# of the State of Georgia

ATLANTA, __May 01, 2013__

*The Court of Appeals hereby passes the following order:*

A13A1365.  WILLIAMS v. ATLANTA INDEPENDENT SCHOOL
SYSTEM.

The captioned appeal was docketed in this Court on March 7, 2013.  The Appellant's brief, including enumeration of errors, was due to be filed no later than March 27, 2013.  Court of Appeals Rules 22 (a); 23 (a).  On April 5, 2013, Appellant filed an untimely brief and enumeration of errors which did not comply with the Rules of this Court requiring that an appellate brief and enumeration of errors be filed within 20 days after the appeal was docketed.  Appellant did not request an extension of time for filing before expiration of the 20-day filing deadline.  Accordingly, the appeal is DISMISSED.  Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/01/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*